(INND Rev. 8/16)                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**-FILED-**

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

**JUN 28 2017**

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN

Ruben Washington Jr
_____
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Trade Winds
_____
[*The DEFENDANT is who you are suing.*]

**2  17CV  274**

Case Number _____
[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: ___574 Linda Ln  Lynwood, Il  60411-4693___

2. My telephone number is: ( 219 ) 427-8636

3. The Defendant's address is: ___3198 E 83rd Pl  Merrillville, In  46410___

4. This action is brought for employment discrimination pursuant to:

   ○ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☒ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☒ Other: ___Retaliation___

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: ___January 10, 2017___

6. The date on my Notice of Right to Sue letter is: ___April 13, 2017___

7. The date I received my Notice of Right to Sue letter was: ___April 13, 2017___

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I've been working for Trade Winds for approximately 5 years, I was hired through (FSSA) Lake County Ofc. of Family & Children. I am classified as disabled but able to work. I was hired with medical restrictions on working. One of them is a 50 lb lifting restrictions.

During this time I've had different (house managers). They were informed or aware of my restrictions and dialysis days and time.

LaTrina Nunn, my latest (house manager), violated my restrictions. Assigning me to work with William who is a wheel chair bound 200 lb man. This is one example of working with an over weight person.

I complained about it to her supervisor and the chain of command in writting. Nothing was done regarding my complaint.

After that a complaint from Sonya, one of the people I complained about file a harassment complaint against me, and I was terminated.

Attachment enclosed 17 pages

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_____

_____

_____

_____

_____

DOCUMENTS – I have attached a copy of the following documents:

☒ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☒ Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_*RW*_   I will keep a copy of this complaint for my records.

_*RW*_   I will promptly notify the court of any change of address.

_*RW*_   I declare **under penalty of perjury** that the statements in this complaint are true.

_Ruben Washington Jr._                              _21 June 2017_
Signature                                                        Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*