# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

RUBEN WASHINGTON, JR.,

    Plaintiff,

v.

TRADE WINDS,

    Defendant.

CAUSE NO.: 2:17-CV-274-TLS

## OPINION AND ORDER

This matter is before the Court on the Defendant's, Trade Winds, Motion to Strike [ECF No. 48] and Motion to Seal Summary Judgment Exhibits filed with Defendant's Motion for Summary Judgment [ECF No. 52].

The Defendant moves to strike a previous Designation of Evidence in Support of Defendant's Motion for Summary Judgment [ECF No. 45] and a Motion to Seal Summary Judgment Exhibits Filed with Defendant's Motion for Summary Judgment [ECF No. 46], filed on December 28, 2018. The Defendant states that it filed exhibits and unredacted pages that should not have been included as attachments to its Designation. (Def.'s Mot. to Strike ¶ 3.) The Court GRANTS the Defendant's Motion to Strike [ECF No. 48].

The Defendant filed an additional Motion to Seal to Summary Judgment Exhibits filed with Defendant's Motion for Summary Judgment on December 31, 2018 [ECF No. 52]. The Court GRANTS the Defendant's Motion to Seal to Summary Judgment Exhibits filed with Defendant's Motion for Summary Judgment [ECF No. 52]. However, the Court notes that the Defendant did not file his previous motions to seal in accordance with N.D. Ind. L.R. 5-3(c) and

CM/ECF Civil and Criminal User Manual IV(A)(3). Counsel is CAUTIONED that future defective filings will be denied and ordered refiled.

SO ORDERED on January 14, 2019.

s/ Theresa L. Springmann  
CHIEF JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT  
HAMMOND DIVISION